IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KENNETH D. ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV739 |
| | ) | |
| CHIEF MERL HAMILTON, | ) | |
| OFFICER Q. WITHERSPOON, and | ) | |
| SIX UNKNOWN DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER AND JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, Defendants' First Motion to Dismiss [Document #13] is GRANTED, and this case is DISMISSED WITH PREJUDICE. Defendants' subsequent Motion to Dismiss [Document #18] and Motion for Summary Judgment [Document #22] are therefore MOOT.

This, the 2nd day of December, 2005.

_____
United States District Judge